IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**ENID HILL,**

        **Plaintiff,**

        v.

**CBRE,**

        **Defendant.**

Case No. 4:18-cv-00309-HEA

### DEFENDANT'S MOTION TO DISMISS

Defendant CBRE ("CBRE" or "Defendant"), by and through the undersigned counsel, hereby moves this Court for an order dismissing Plaintiff's Petition (Complaint) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  Pursuant to Local Rule 4.01, Defendant has contemporaneously filed a Memorandum in Support of its Motion.  Therefore, Defendant respectfully requests that this Court grant this motion, dismiss Plaintiff's Petition with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and enter any other relief that is appropriate.

Dated: March 2, 2018

        Respectfully submitted,

        LATHROP GAGE LLP

        By: */s/ Emily E. Cantwell*
            Emily E. Cantwell, 63004MO
            Pierre Laclede Center
            7701 Forsyth Blvd., Suite 500
            Clayton, MO 63105
            Tele:   (314) 613-2800
            Fax:    (314) 613-2801
            Email: ecantwell@lathropgage.com

28960753v1

2

and

Rosalee McNamara, 33645MO
2345 Grand Blvd., Ste. 2200
Kansas City, MO  64108
Tele:    816-292-2000
Fax:     816-292-2001
Email: rmcnamara@lathropgage.com


Thomas F. Hurka (*pro hac vice forthcoming*)
Emily T. Jastromb (*pro hac vice forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker, 5th Floor
Chicago, IL  60601
Phone:  312.324.1000
Fax: 312.324.1001
thomas.hurka@morganlewis.com
emily.jastromb@morganlewis.com

***Attorneys for CBRE, Inc.***

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I caused to be filed the foregoing Motion to Dismiss on counsel for the Plaintiff via ECF and First-Class U.S. Mail to the following address:

Vincent A. Banks III
800 Washington Avenue, Suite 134
St. Louis, MO  63101

*Counsel for Plaintiff*

                                               */s/  Emily E. Cantwell*

28960753v1