# IN THE 21st JUDICIAL CIRCUIT COURT
## ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| ENID HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CBRE,<br><br>　　　　Defendant. | Case No. 17SL-CC04681 |

## NOTICE TO CIRCUIT COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant CBRE, Inc.[1] has, on the 23rd day of February, 2018, filed a Notice of Removal of this action to the United States District Court for the Eastern District of Missouri, Eastern Division. A copy of the Notice of Removal is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LATHROP GAGE LLP

　　　　　　　　　　　　　　　　By: */s/ Emily E. Cantwell*
　　　　　　　　　　　　　　　　　　Emily E. Cantwell, 63004MO
　　　　　　　　　　　　　　　　　　Pierre Laclede Center
　　　　　　　　　　　　　　　　　　7701 Forsyth Blvd., Suite 500
　　　　　　　　　　　　　　　　　　Clayton, MO 63105
　　　　　　　　　　　　　　　　　　Tele:　(314) 613-2800
　　　　　　　　　　　　　　　　　　Fax:　 (314) 613-2801
　　　　　　　　　　　　　　　　　　Email: ecantwell@lathropgage.com

　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　Rosalee McNamara, 33645MO
　　　　　　　　　　　　　　　　　　2345 Grand Blvd., Ste. 2200
　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　Tele: 816-292-2000
　　　　　　　　　　　　　　　　　　Fax: 816-292-2001
　　　　　　　　　　　　　　　　　　Email: rmcnamara@lathropgage.com

---

[1] Incorrectly named as "CBRE" within Plaintiff's Petition.

28908730v1

Thomas F. Hurka (*pro hac vice forthcoming*)
Emily Jastromb (*pro hac vice forthcoming*)
MORGAN, LEWIS & BOCKIUS
77 W. Wacker, 5th Floor
Chicago, IL  60601
Phone: 312.324.1000
Fax: 312.324.1001
thomas.hurka@morganlewis.com
emily.jastromb@morganlewis.com

*Attorneys for Defendant CBRE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, I served the foregoing Notice of Removal via First Class Mail with postage prepaid and electronic mail on:

Vincent A. Banks, III
800 Washington Avenue, Suite 134
St. Louis, MO 63101
Telephone: 314-409-7920
Email: vbesquire@sbcglobal.net

*Attorney for Plaintiff Enid Hill*

>　　　　　　　　　*/s/  Emily E. Cantwell*
>　　　　　　　　　An Attorney for Defendant

2